UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Richard Rubin

Defendant(s).
----------------------------------------------------------------X

20cr632

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

Defendant __Richard Rubin__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Richard Rubin__
Print Defendant's Name

_____
Defendant's Counsel's Signature

__John McGovern__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__12-2-2020__
Date

_____
U.S. District Judge/U.S. Magistrate Judge