UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
             -v-                                                        :     20-CR-632 (PAE)
:
RICHARD RUBIN,                                                          :     SCHEDULING ORDER
:
                                    Defendant.                          :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **December 15, 2020** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

                                                              *Paul A. Engelmayer*

Dated: December 2, 2020                                        PAUL A. ENGELMAYER
       New York, New York                               United States District Judge