**BRUNO & DEGENHARDT, P.C.**
ATTORNEYS AT LAW
10615 JUDICIAL DRIVE, SUITE 703
FAIRFAX, VIRGINIA 22030
TELEPHONE (703) 352-8960
FACSIMILE (703) 352-8930

CHRISTOPHER BRUNO
ADMITTED N.Y., D.C. AND VA.

JANE DEGENHARDT BRUNO
ADMITTED N.Y. AND D.C.

March 3, 2021

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Richard Rubin and Thomas Craft*, 20 Cr. 632 (PAE)

Dear Judge Engelmayer:

We represent Thomas Craft in connection with the above-referenced case. As was discussed at the last conference on February 4, 2021, counsel for both defendants indicated that they would be filing a joint motion challenging the sufficiency of the pending indictment. However, we now write to inform the Court that neither of the defendants will be filing a motion seeking to dismiss the indictment.

Defense counsel has informed the Government of our change of position and the parties are currently discussing a possible resolution of the case short of trial. Accordingly, we respectfully request that the Court remove the previously set briefing schedule from the Court's docket.

Respectfully submitted,

/s/
Christopher Bruno

cc: AUSA Martin Bell
    AUSA Jordan Estes
    Sean McGovern, Esq.
    James Sallah, Esq.

**GRANTED.** The motions deadline is terminated. The Court will use the argument, scheduled for April 30, 2021 at 2:00 p.m., as a change of plea hearing. The Clerk of Court is requested to terminate the motion at Dkt. No. 28.

3/3/2021

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge