

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2021

**BY ECF**

Honorable Paul A. Engelmayer
United States District Judge
40 Foley Square
New York, New York 10007

    **Re:** *United States v. Richard Rubin*, *et al.*, 20 Cr. 632 (PAE)

Dear Judge Engelmayer:

    The Government writes in response to the Court's May 17, 2021 order. The Government has conferred with defense counsel regarding the need for a conference on June 1, 2021. With consent of counsel for each defendant, the Government respectfully requests that the conference be adjourned for 30 days, to allow the parties to continue discussions regarding pre-trial dispositions.

    In addition, the Government respectfully requests that time be excluded under the Speedy Trial Act if an adjournment is granted. The Government has conferred with defense counsel for Thomas Craft, who consents to the exclusion of time. The Government has reached out to defense counsel for Richard Rubin on the Speedy Trial Act exclusion, but has not yet heard back.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by:     /s/
    Martin Bell/Jordan Estes
    Assistant United States Attorneys
    (212) 637-2463/2543

**GRANTED.** The conference is adjourned to July 14, 2021 at 10:30 a.m. For the reasons stated within, time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until July 14. 2021. The Clerk of Court is requested to terminate the motion at Dkt. No. 33.

SO ORDERED.   5/20/2021

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge