UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
    -v- : 20-CR-632-01 (PAE)
:
RICHARD RUBIN, : <u>SCHEDULING ORDER</u>
:
                   Defendant. :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a change of plea hearing in this case for **July 8, 2021** at **10:00 a.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

Dated: July 1, 2021
       New York, New York

                                      PAUL A. ENGELMAYER
                                      United States District Judge