UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RICHARD RUBIN,<br><br>                    Defendant. | 20-CR-632 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

This matter having come before the Court on the application of John P. McGovern, attorney for Defendant Richard Rubin, for an order granting permission to travel to Eastport, ME and Canada from August 21, 2001 to September 5, 2021 with his wife, two daughters, son-in-law and two grand-children.  Mr. Rubin's passport shall be released by PreTrial Services to Richard Rubin.

SO ORDERED.

                                                                          *Paul A. Engelmayer*
                                                                   PAUL A. ENGELMAYER
                                                                   United States District Judge

Dated: August 13, 2021
       New York, New York