# LAW OFFICE OF JOHN P. MCGOVERN, L.L.C.

| | |
|---|---|
| 116 WASHINGTON STREET<br>NEWARK, NJ 07102<br>JOHN P. MCGOVERN | TEL: (973) 313-1500<br>FAX: (973) 242-3353<br>sean@mcgovernlawfirm.com |

October 5, 2021

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, #1305
New York, NY 10007

      RE:    United States of America vs. Richard Rubin
                 Docket No: 20-cr-00632

Dear Judge Engelmayer:

    As you are aware, Law Office of John P. McGovern represents Mr. Richard Rubin in the above referenced matter.

    My client asks that he be allowed to travel to Quebec Canada with his family for his daughter's 50th birthday celebration. Mr. Rubin plans to travel with his wife and daughter Sarah from October 13 through October 19th, 2021.

    Enclosed please find proposed Travel Order.

    Please contact this office if you have any questions.

                                       Very truly yours,

                                       s/ *John P. McGovern*

                                       John P. McGovern

JPM/mm

**GRANTED.** The defendant shall notify Pretrial Services within twelve (12) hours of his return to the district of supervision. The Court reminds counsel that all future requests must be filed as a *letter motion*.

                                                            10/6/2021
                      SO ORDERED.

                                            _____
                                            PAUL A. ENGELMAYER
                                            United States District Judge